**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**RONALD DEWAYNE SMULLIN**                                                                 **PLAINTIFF**

**V.**                      **CASE NO. 3:15-CV-158 DPM/BD**

**BRETT DUNCAN, et al.**                                                                **DEFENDANTS**

**ORDER**

Mr. Smullin, an Arkansas Department of Correction inmate formerly housed at the Craighead County Detention Facility, filed this lawsuit pro se under 42 U.S.C. § 1983, alleging that Defendants Duncan, Bentley and Jackson acted with deliberate indifference to his medical needs. Mr. Smullin has now moved to amend his complaint to add claims against five individuals. (Docket entry #12) The motion is GRANTED. The Clerk of the Court is directed to file Mr. Smullin's motion (#12) as an amended complaint.

The Clerk of the Court is directed to prepare summonses for Defendants Andy Allison, Officer Peaster, Matt Hall, Sheriff Marty Boyd, and Gary Etter. The United States Marshal is directed to serve copies of the Complaint and the Amended Complaint, with any attachments, and a summons for each of these Defendants without requiring prepayment of fees and costs or security. Service for the Defendants should be through the Craighead County Detention Facility, 901 Willett Road, Jonesboro, Arkansas 72401.

In addition, Mr. Smullin has moved for Court-appointed counsel.  (#13) For reasons previously stated (#2), that motion (#13) is DENIED.

IT IS SO ORDERED, this 3rd day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE