# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**RONALD DEWAYNE SMULLIN**                                                                 **PLAINTIFF**

**V.**                          **CASE NO. 3:15-CV-158 DPM/BD**

**BRETT DUNCAN, et al.**                                                                   **DEFENDANTS**

## ORDER

Mr. Smullin has moved for a default judgment against Brent Duncan. (Docket entry #28) The Court has ordered Defendants to provide Mr. Duncan's last known address under seal, but to date, Mr. Duncan has not been served.[1] Thus, Mr. Smullin's motion (#28) is DENIED.

DATED, this 14th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] In their response to Mr. Smullin's motion, Defendants explain that they have now forwarded Mr. Duncan's last-known address to the court under seal. (#30)