IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONALD DEWAYNE SMULLIN                                                    PLAINTIFF

V.                            CASE NO. 3:15-CV-158 DPM/BD

BRETT DUNCAN, et al.                                                       DEFENDANTS

## ORDER

The summons issued for Defendant Brett Duncan was returned unexecuted when service of process was attempted through the Craighead County Jail ("County Jail"). A notation indicates that Mr. Duncan is no longer employed by the County Jail. The Defendants have provided Mr. Duncan's last-known address, however, under seal. (Docket entry #31)

The Clerk of the Court is directed to re-issue a summons for Mr. Duncan. The United States Marshal is directed to serve a copy of the complaint and the amended complaint (#1, #16) with any attachments, and the summons, upon Mr. Duncan at the address provided under seal.

IT IS SO ORDERED this 15th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE