IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONALD DEWAYNE SMULLIN                                          PLAINTIFF

V.                             CASE NO. 3:15-CV-158 BD

BRETT DUNCAN, et al.                                          DEFENDANTS

## ORDER

Mr. Smullin has moved for a court order compelling Defendants Hall, Etter, Allison, and Peaster to provide more thorough responses to his discovery requests. (Docket entry #55)  Although the County Defendants have not responded to Mr. Smullin's motion, they have moved for a protective order, seeking to prohibit Mr. Smullin from continuing to propound excessive discovery requests.  (#62, #64)

Mr. Smullin recently sought permission from the Court to serve additional discovery requests, which the Court granted.  (#47, #58)  As a result, the motion for a protective of order (#62) is GRANTED, in part, and DENIED, in part.

With the exception of the discovery requests that Mr. Smullin sought permission to serve, after each Defendants has responded to twenty-five of Mr. Smullin's discovery requests, they are not obligated to respond to any other discovery requests propounded on them.

The County Defendants have an additional fourteen days to respond to Mr. Smullin's motion to compel.

In addition, Separate Defendant Jackson has moved for the Court to strike Mr. Smullin's "brief in reference to acts of deliberate indifference committed by Defendant Arthur Bentley" (#46).  (#59)  That motion (#59) is DENIED.  The Clerk of the Court is instructed to file docket entry #46 as an addendum to Mr. Smullin's amended complaint.

Furthermore, the Defendants' second motion for a protective order (#64) is DENIED, as moot, and Mr. Smullin's motion to continue interrogatories (#66) is DENIED.

IT IS SO ORDERED, this 18th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE