# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RONALD DEWAYNE SMULLIN**                                              **PLAINTIFF**

**V.**                          **CASE NO. 3:15-CV-158 BD**

**BRETT DUNCAN, et al.**                                              **DEFENDANTS**

## ORDER

Mr. Smullin has moved for an order compelling Defendants to more fully respond to his discovery requests. (Docket entry #55) Defendants have responded to the motion, and the Court has reviewed the Defendants' discovery responses. (#80, #50, #51, #52, #53, #54) Because the Defendants have responded to Mr. Smullin's discovery requests in compliance with the Federal Rules of Civil Procedure, the motion to compel (#55) is DENIED. Mr. Smullin's motion for a ruling on the motion to compel (#79) is DENIED, as moot.

IT IS SO ORDERED, this 13th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE