IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONALD DEWAYNE SMULLIN                                  PLAINTIFF

V.                      CASE NO. 3:15-CV-158-BD

BRETT DUNCAN, et al.                                            DEFENDANTS

## ORDER

Ronald Wayne Smullin, an Arkansas Department of Correction inmate formerly housed at the Craighead County Detention Facility, filed this lawsuit pro se under 42 U.S.C. § 1983. In his complaint, he alleged that Defendants acted with deliberate indifference to his medical needs following an inmate attack on April 14, 2015.

Mr. Smullin has now moved to amend his complaint to add failure-to-protect claims against Defendants Allison and Peaster. (Docket entry #78) The motion (#78) is GRANTED. The Clerk of the Court is directed to file Mr. Smullin's motion (#78) as a supplement to his amended complaint.

Mr. Smullin's Motion for Ruling (#87) is DENIED, as moot. His motion for court-appointed counsel (#88) is DENIED for reasons previously explained. (#2)

IT IS SO ORDERED, this 23rd day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE