# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RONALD DEWAYNE SMULLIN**                                                **PLAINTIFF**

**V.**                         **CASE NO. 3:15-CV-158 BD**

**BRETT DUNCAN, et al.**                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

DATED this 1st day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE